IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. FEBACH,<br><br>Defendant. | PO-20-5004-GF-JTJ<br><br>VIOLATION:<br>6457101<br>Location Code: M29<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,   IT IS HEREBY ORDERED that the citation is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for June 25, 2020 is VACATED.

DATED this 9th day of June, 2020.

_____
John Johnston
United States Magistrate Judge